# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JAMES E. LEWIS, JR., )
)
    Plaintiff, )
)
v. ) CV419-154
)
CITY OF SAVANNAH, et al., )
)
    Defendants. )

## ORDER

Plaintiff filed his initial complaint in this case bringing what appeared to be malicious prosecution claims against the City of Savannah and the Savannah Police Department. Doc. 1. After seeking—and receiving—leave to proceed *in form pauperis*, plaintiff filed an "Amended Complaint" which appears to bring claims related to a medical treatment he received while incarcerated. Doc. 7. Because it is unclear whether plaintiff intends to pursue his claims against the City of Savannah or whether he now seeks relief for some ongoing medical treatment, the Court **DIRECTS** plaintiff to file an amended complaint within thirty days from the date of this Order. Plaintiff, however, is advised that his amended complaint will supersede the original complaint and therefore must be complete in itself. *See Malowney v. Fed. Collection Deposit Grp.*,

193 F.3d 1342, 1345, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint"); *Varnes v. Local 91, Glass Bottle Blowers Ass'n of U.S. & Canada*, 674 F.2d 1365, 1370 n.6 (11th Cir. 1982) ("As a general rule, an amended complaint supersedes and replaces the original complaint unless the amendment specifically refers to or adopts the earlier pleading").

**SO ORDERED,** this 14th day of November, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA