# United States District Court
## *Southern District of Georgia*

JAMES E. LEWIS, JR.,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER:  CV419-154

CITY OF SAVANNAH and SAVANNAH
POLICE DEPARTMENT,

Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated February 19, 2020 adopting the Report and

Recommendations of the U.S. Magistrate Judge as the opinion of this Court, this case is

DISMISSED WITHOUT PREJUDICE. This case stands closed.

February 20, 2020
_____
*Date*

Scott L. Poff
_____
*Clerk*

*James R. Burrell*

*(By) Deputy Clerk*